**O**
**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTSTORM ENTERTAINMENT, INC. ET AL., | Case No. 2:20-CV-8044-ODW (PVCx) |
| Plaintiff**S**, | **JUDGMENT** |
| v. | |
| STEPHEN CUMMINGS, | |
| Defendant. | |

*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*

## JUDGMENT

In light of the Court's Order **GRANTING** Plaintiffs' Motion for Summary Judgment, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The July 3 UCC-1 and July 29 UCC-1 are declared false, fraudulent, invalid, null, void, and of no legal effect;

2. Cummings shall withdraw the July 3 UCC-1 and July 29 UCC-1 along with all accompanying affidavits and exhibits; and

3. Cummings is permanently enjoined from filing or recording any document of any description, including UCC-1s, which purport to create a debt, lien, or record of any kind against the person or property of the Studios, without the prior order of the Court.

**IT IS SO ORDERED.**

April 27, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**